NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MIGUEL MARTINEZ-VILLAREAL, a.k.a. Sergio Ponce De Leon, a.k.a. Miguel Angel Gonzalez, a.k.a. Miguel Gonzalez-Martinez, a.k.a. Miguel Gonzalez-Villareal, a.k.a. Miguel Martinez, a.k.a. Mario Sanchez,<br><br>Defendant - Appellant. | Nos. 14-10121<br>      14-10125<br><br>D.C. Nos. 2:07-cr-00277-PGR<br>      4:13-cr-00134-PGR<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted April 22, 2015[**]

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

In these consolidated appeals, Miguel Martinez-Villareal appeals from the

district court's judgments and challenges the 79-month sentence imposed following

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the 16-month consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez-Villareal contends that the district court erred by (1) failing to explain adequately the sentences imposed, (2) failing to address his sentencing arguments, and (3) presuming that a Guidelines sentence was reasonable. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the court considered Martinez-Villareal's arguments, sufficiently explained the sentences, and properly treated the Guidelines as advisory in granting Martinez-Villareal's request for a downward variance. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc). Moreover, the below-Guidelines sentences are substantively reasonable in light of the relevant sentencing factors and the totality of the circumstances, including Martinez-Villareal's criminal history. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**

14-10121 & 14-10125